No. 968. BENGUET CONSOLIDATED MINING Co. v. PERKINS ET AL. June 14, 1943. Petition for writ of certiorari to the District Court of Appeals, First Appellate Dis-

trict, of California, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. W. H. Lawrence, Alfred Sutro,* and *Francis R. Kirkham* for petitioner. *Messrs. Hiram W. Johnson, James Farraher,* and *Theodore H. Roche* for respondents.